\*\*E-filed 6/13/07\*\*

James Hunt Miller (SBCal # 135160)
P.O. Box 10891
OAKLAND CA 94610

Telephone: (510) 451-2132
Facsimile:  (510) 451-0824
E-mail:     jim_miller0@ yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS ANDELIN,<br><br>    Plaintiff,<br><br>v.<br><br>Michael J. Astrue,<br>COMMISSIONER of the SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant.<br>_____ | CIV NO 07-675 JF (RS)<br><br>PLAINTIFF'S UNOPPOSED<br>MOTION FOR EXTENSION OF<br>TIME TO FILE PLAINTIFF'S<br>MOTION FOR SUMMARY<br>JUDGMENT AND/OR REMAND<br>(no hearing) |

    Plaintiff hereby moves, with Defendant's permission to express Defendant's non-opposition,[1] for an order (submitted infra) that Plaintiff may have an extension of 30 days, or from June 11, 2007 to July 11, 2007, in which to file her Motion for Summary Judgment and/or Remand.  This is Plaintiff's first request for an extension.

---

[1]     This was as related by Defendant's Counsel, Deborah Lee Stachel, Special Assistant U.S. Attorney, to Plaintiff's Counsel, on the telephone.

*mot plf's xtn  - Andelin  v. Comm'r SSA C-07-00675 JF (RS)*     -1-

1  DATE: 06/11/07                                /s/_____
2                                                James Hunt Miller
                                                 Attorney for Plaintiff
3  PURSUANT TO UNOPPOSED MOTION, IT IS SO ORDERED.
4  DATE: __6/13/07_____    _____
                                                 United States District Judge
5                                                Jeremy Fogel

28        *mot plf's xtn* - <u>Andelin v. Comm'r SSA</u> *C-07-00675 JF (RS)*                    -2-