**E-Filed 03/28/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LOIS E. ANDELIN,<br><br>               Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>               Defendant. | Case Number C 07-00675 JF<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: March 28, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-00675 JF
JUDGMENT_____
(JFLC3)

1   This Order has been served upon the following persons:

2
    jim_miller0@yahoo.com
3
    peter.thompson@ssa.gov
4
    Deborah.Stachel@ssa.gov
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-00675 JF
JUDGMENT_____
(JFLC3)